UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK E. HOLLIDAY,<br><br>       Plaintiff,<br>  -v-<br><br>BROWN RUDNICK LLC,<br><br>       Defendant.<br><br>BROWN RUDNICK LLC,<br><br>       Counterclaim Plaintiff,<br>  -v-<br><br>MARK E. HOLLIDAY, as Trustee of the LB Litigation Trust, and Paul N. Silverstein<br><br>       Counterclaim Defendants. | 19 Civ. 10925 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

  At today's conference, the Court set the following briefing schedule:

- By September 18, 2020, defendant will file a letter outlining the jurisdictional and procedural grounds for its counterclaim against defendant Silverstein only;

- Plaintiff will file any motion to dismiss the counterclaims by October 2, 2020;

- Defendant will file any opposition by October 16, 2020;

- Plaintiff will file any reply by October 23, 2020.

SO ORDERED.

*[signature: Paul A. Engelmayer]*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 4, 2020
       New York, New York