**Virginia Tent**
Direct Dial: 212.906.2927
virginia.tent@lw.com

LATHAM & WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

October 16, 2020

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Holliday, as Trustee of the LB Litigation Trust v. Brown Rudnick LLP,* 1:19-cv-10925 (PAE)(SN)

Dear Judge Engelmayer,

I am writing the Court to respectfully request that Rakim Johnson and I be relieved as counsel for Defendant Brown Rudnick LLP ("Brown Rudnick") in the above-referenced matter. We have previously appeared and represented Brown Rudnick in this matter on behalf of Latham & Watkins LLP ("Latham & Watkins") along with my colleagues Christopher J. Clark and Nicholas L. McQuaid. My last day at Latham & Watkins is October 30, 2020, and Mr. Johnson's last day at Latham & Watkins was October 15, 2020.

Following our departure from Latham & Watkins, Mr. Clark and Mr. McQuaid will continue to serve as counsel for Defendant in this matter. Thus, our withdrawals will have no material effect on the schedule in this matter, nor will they cause prejudice to any party. In light of the foregoing, I respectfully request that the Court relieve the undersigned as counsel for Defendant Brown Rudnick LLP and that the official court docket be amended to reflect this change.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Virginia F. Tent
Virginia F. Tent
Rakim E. Johnson
LATHAM & WATKINS LLP

Cc: All Counsel of Record (via ECF)