UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK E. HOLLIDAY, as Trustee of the LB Litigation Trust,<br><br>                               Plaintiff,<br>  v.<br>BROWN RUDNICK LLP,<br><br>                              Defendant. | 19 Civ. 10925 (PAE)(SN)<br><br>**NOTICE OF APPEARANCE** |

     PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant Brown Rudnick LLP in the above-captioned action:

                                Michael S. Bosworth
                                Latham & Watkins LLP
                                885 Third Avenue
                                New York, New York 10022-4834
                                Telephone: (212) 906-1200
                                Facsimile: (212) 751-4864
                                E-mail: michael.bosworth@lw.com

Dated: October 20, 2020
      New York, New York                       LATHAM & WATKINS LLP

                                          By:    /s/ Michael S. Bosworth
                                                  Michael S. Bosworth

                                                  885 Third Avenue
                                                  New York, New York 10022-4834
                                                  Telephone: (212) 906-1200
                                                  Facsimile: (212) 751-4864
                                                  Email: michael.bosworth@lw.com

                                                  *Attorneys for Defendant*
                                                  *Brown Rudnick LLP*