53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

# LATHAM&WATKINS LLP

January 21, 2021

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Holliday, as Trustee of the LB Litigation Trust v. Brown Rudnick LLP,* 1:19-cv-10925 (PAE)(SN)

Dear Judge Engelmayer,

    I am writing the Court to respectfully request that I be relieved as counsel for Defendant Brown Rudnick LLP ("Brown Rudnick") in the above-referenced matter. I previously appeared and represented Brown Rudnick in this matter on behalf of Latham & Watkins LLP ("Latham & Watkins") along with my colleagues Christopher J. Clark, Michael S. Bosworth, and Jason R. Burt. My last day at Latham & Watkins was January 20, 2021.

    Following my departure from Latham & Watkins, Mr. Clark, Mr. Bosworth, and Mr. Burt will continue to serve as counsel for Defendant in this matter. Thus, my withdrawal will have no material effect on the schedule in this matter, nor will it cause prejudice to any party. In light of the foregoing, I respectfully request that the Court relieve the undersigned as counsel for Defendant Brown Rudnick LLP and that the official court docket be amended to reflect this change.

    Thank you for your attention to this request.

Respectfully submitted,

/s/ Nicholas L. McQuaid
Nicholas L. McQuaid
LATHAM & WATKINS LLP

Cc: All Counsel of Record (via ECF)